IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHRISTINE L. LONNIE,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW KAPPLER, RYAN JEPPSON, ZACHARY GARFIELD, JUSTIN CHAFFINS and THE CITY OF BOZEMAN,<br><br>Defendants. | Cause No. CV-23-60-BU-JTJ<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY PRETRIAL CONFERENCE** |

_____

Defendants Andrew Kappler, Ryan Jeppson, Zachary Garfield and Justin Chaffins having filed an Unopposed Motion to reschedule the Preliminary Pretrial Conference currently scheduled for January 17, 2024, at 11:00 a.m. (Doc. 20), and good cause appearing,   IT IS ORDERED that Defendants' Motion is GRANTED. The telephonic Preliminary Pretrial Conference is hereby rescheduled for January 24, 2024, at 11:00 o'clock a.m.  The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 6th day of December, 2023.

_____
John Johnston
United States Magistrate Judge